# IN THE SUPREME COURT OF THE STATE OF NEVADA

MONTGOMERY ANDERSON,
                  Appellant,

vs.

THE STATE OF NEVADA,
                  Respondent.

No. 82439

FILED

FEB 26 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting respondent's pretrial "motion in limine to admit evidence of other crimes, wrongs or acts." Eighth Judicial District Court, Clark County; Jacqueline M. Bluth, Judge.

Because no statute or court rule permits an appeal from an order granting a pretrial "motion in limine to admit evidence of other crimes, wrongs or acts," this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-05693

cc: Hon. Jacqueline M. Bluth, District Judge
Special Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Montgomery Anderson

SUPREME COURT
OF
NEVADA

(O) 1947A